IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00052-BNB

CHARMANE SMITH,

     Plaintiff,

v.

MONEYGRAM,
MID-SOUTH HOME PHONE,
U.S. GOVERNMENT, and
LIFELINE ASSISTANCE PROGRAM,

     Defendants.

## ORDER OF DISMISSAL

     Plaintiff, Charmane Smith, initiated this action by filing *pro se* a Civil Complaint (ECF No. 1). On January 21, 2014, Ms. Smith file an amended complaint (ECF No. 4). On January 29, 2014, Magistrate Judge Boyd N. Boland entered an order directing Ms. Smith to file a second amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Ms. Smith was warned that the action would be dismissed without further notice if she failed to file a second amended complaint within thirty days.

     Ms. Smith has failed to file a second amended complaint within the time allowed and has failed to respond in any way to Magistrate Judge Boland's January 29 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

     Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Civil Complaint (ECF No. 1), the amended complaint (ECF No. 4), and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Smith failed to comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  10th  day of    March    , 2014.

BY THE COURT:

 s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court