IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00052-LTB

CHARMANE SMITH,

    Plaintiff,

v.

MONEYGRAM,
MID-SOUTH HOME PHONE,
U.S. GOVERNMENT, and
LIFELINE ASSISTANCE PROGRAM,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 10, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 10 day of March, 2014.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/T.Lee
                                        Deputy Clerk